1  Matthew D. Benedetto (SBN 252379)
2  WILMER CUTLER PICKERING
    HALE AND DORR LLP
3  350 South Grand Ave., Suite 2400
4  Los Angeles, CA 90071
   Telephone:  (213) 443-5300
5  Facsimile:  (213) 443-5400
6  matthew.benedetto@wilmerhale.com

7  Jamie Dycus (*pro hac vice*
   forthcoming)
8  WILMER CUTLER PICKERING
9   HALE AND DORR LLP
   7 World Trade Center
10 250 Greenwich St.
11 New York, NY 10007
   Telephone:  (212) 937-7518
12 Facsimile:  (212) 230-8888
13 jamie.dycus@wilmerhale.com

14
   *Attorneys for Defendant Bank of*
15 *America, N.A.*

16
                **UNITED STATES DISTRICT COURT**
17              **NORTHERN DISTRICT OF CALIFORNIA**
18

19 | MOHAMMED AL-RAMAHI, | Case No. 4:22-cv-03118-HSG |
20 | individually and on behalf of all others similarly situated, | |
21 | | **JOINT STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT AND TO SET BRIEFING SCHEDULE ON MOTION TO DISMISS; ORDER** |
22 |                      Plaintiff, | |
23 |           v. | |
24 | BANK OF AMERICA, N.A., | |
25 |                      Defendant. | |

26
27
28 CASE NO.: 4:22-CV-03118          JOINT STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT AND TO SET BRIEFING SCHEDULE ON MOTION TO DISMISS

1

Pursuant to Local Rules 6-2 and 7-12, Defendant Bank of America, N.A. ("BANA") and Plaintiff Mohammed Al-Ramahi hereby stipulate as follows:

WHEREAS, on May 27, 2022, Plaintiff filed a putative class action complaint in the above-captioned matter;

WHEREAS, on June 3, 2022, Plaintiff served BANA with the complaint and summons;

WHEREAS, pursuant to Federal Rule of Civil Procedure 12(a)(1)(A)(i), BANA's deadline to answer or otherwise respond to the complaint is June 24, 2022;

WHEREAS, there have been no other requests for extensions of time;

WHEREAS, the extension of time will not alter the date or any event or any deadline already fixed by Court order;

WHEREAS, BANA currently intends to file a motion to dismiss the complaint in its entirety;

WHEREAS, the parties have conferred and agreed that additional time is warranted for BANA to respond to the complaint, and for Plaintiff to respond to any BANA motion to dismiss;

WHEREAS, the parties have agreed to a briefing schedule for BANA's forthcoming motion to dismiss;

THE PARTIES HEREBY STIPULATE AND AGREE as follows:

1. The deadline for BANA to answer or otherwise respond to the complaint is extended to July 18, 2022;

2. The deadline for Plaintiff to oppose any motion to dismiss filed by BANA or otherwise amend is September 1, 2022;

3. The deadline for BANA to reply in support of any motion to dismiss is September 22, 2022; and

4. The parties respectfully request that the Court enter an Order approving

CASE NO.: 4:22-CV-03118 — JOINT STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT AND TO SET BRIEFING SCHEDULE ON MOTION TO DISMISS

2

the same.

Dated: June 17, 2022

Respectfully submitted,

| /s/ *L. Timothy Fisher* | /s/ *Matthew D. Benedetto* |
|---|---|
| L. Timothy Fisher (State Bar No. 191626) | Matthew D. Benedetto (SBN 252379) |
| BURSOR & FISHER, P.A. | WILMER CUTLER PICKERING HALE AND DORR LLP |
| 1990 North California Boulevard, Suite 940 | 350 South Grand Ave., Suite 2400 |
| Walnut Creek, CA 94596 | Los Angeles, CA 90071 |
| Telephone: (925) 300-4455 | Telephone: (213) 443-5300 |
| Facsimile: (925) 407-2700 | Facsimile: (213) 443-5400 |
| E-Mail: ltfisher@bursor.com | matthew.benedetto@wilmerhale.com |
| | |
| Philip L. Fraietta (*Pro hac vice* Forthcoming) | Jamie Dycus (*pro hac vice* forthcoming) |
| Julian C. Diamond (*Pro hac vice* Forthcoming) | WILMER CUTLER PICKERING HALE AND DORR LLP |
| BURSOR & FISHER, P.A. | 7 World Trade Center |
| 888 Seventh Ave, Third Floor | 250 Greenwich St. |
| New York, NY 10019 | New York, NY 10007 |
| Telephone: (646) 837-7150 | Telephone: (212) 937-7518 |
| Facsimile: (212) 989-9163 | Facsimile: (212) 230-8888 |
| E-Mail: pfraietta@bursor.com  jdiamond@bursor.com | jamie.dycus@wilmerhale.com |
| | *Attorneys for Defendant Bank of America, N.A.* |
| *Attorneys for Plaintiff Mohammed Al-Ramahi* | |

CASE NO.: 4:22-CV-03118 — JOINT STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT AND TO SET BRIEFING SCHEDULE ON MOTION TO DISMISS

3

## ATTESTATION

I, Matthew Benedetto, attest that all other signatures listed, and on whose behalf the filing is submitted, concur in the filing's contents and have authorized the filing.

/s/     *Matthew D. Benedetto*
Matthew D. Benedetto (SBN 252379)

CASE NO.: 4:22-CV-03118                   JOINT STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT AND TO SET BRIEFING SCHEDULE ON MOTION TO DISMISS

4

# ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 6/21/2022

*Haywood S. Gilliam, Jr.*

Hon. Haywood S. Gilliam, Jr.

CASE NO.: 4:22-CV-03118        JOINT STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT AND TO SET BRIEFING SCHEDULE ON MOTION TO DISMISS

5