Matthew D. Benedetto (SBN 252379)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
350 South Grand Ave., Suite 2400
Los Angeles, CA 90071
Telephone: (213) 443-5300
Facsimile: (650) 443-5400
matthew.benedetto@wilmerhale.com

Jamie Dycus (*pro hac vice*)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
7 World Trade Center
250 Greenwich St.
New York, NY 10007
Telephone: (212) 937-7518
Facsimile: (202) 230-8888
jamie.dycus@wilmerhale.com

*Attorneys for Defendant Bank of America, N.A.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| MOHAMMAD AL-RAMAHI, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A.,<br><br>    Defendant. | Case No. Case No. 4:22-cv-03118-HSG<br><br>**BANK OF AMERICA, N.A.'S L.R. 3-13 NOTICE OF PENDENCY OF OTHER ACTIONS** |

Pursuant to Local Rule 3-13, Defendant Bank of America, N.A. (the "Bank"), states that the following actions involve a material part of the same subject matter and many of the same parties as this action:

- *Tristan v. Bank of America, N.A.*, No. 8:22-cv-01183-DOC-ADS (C.D. Cal June 16, 2022)
- *Ahuja v. Bank of America, N.A. et al.*, No. 2:22-02313-DOC-ADS (C.D. Cal April 6, 2022)

**Description of the Other Actions:** *Tristan v. Bank of America* is a putative class action concerning alleged electronic fund transfers using Zelle. The complaint asserts putative claims for breach of contract and violations of the California Unfair Competition Law (Cal. Bus. & Prof. Code § 17200 et seq.) ("UCL"), the California False Advertising Law (Cal. Civ. Code § 17500 et seq.), and the Electronic Fund Transfer Act (15 U.S.C. §1693 et seq.) ("EFTA").

*Ahuja v. Bank of America* is a putative class action concerning an alleged electronic fund transfer using Zelle. The complaint asserts putative claims for negligence and violations of the EFTA and the UCL.

As in *Tristan* and *Ahuja*, the plaintiff in this action, Mohammad Al-Ramahi, seeks to recover on behalf of a putative class based on alleged electronic fund transfers using Zelle. Plaintiff asserts putative claims for breach of contract and violations of the UCL and California Consumer Legal Remedies Act (Cal. Civ. Code § 1750 *et seq.*) ("CLRA").

The parties significantly overlap in these cases. The Bank is a defendant in all three actions, and the complaints assert substantially overlapping proposed classes. The Bank disputes the allegations in each of the three complaints and denies that any of the plaintiffs in these actions is entitled to relief.

**Coordination:** The Bank reserves its right to request transfer pursuant to 28 U.S.C. § 1407 or other coordination from this Court but does not intend any such request at this time.

DATED: July 1, 2022

Respectfully submitted,

By: /s/ Matthew D. Benedetto

Matthew D. Benedetto (SBN 252379)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
350 South Grand Ave., Suite 2400
Los Angeles, CA 90071
Telephone: (213) 443-5300
Facsimile: (650) 443-5400
matthew.benedetto@wilmerhale.com

Jamie Dycus (*pro hac vice*)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
7 World Trade Center
250 Greenwich St.
New York, NY 10007
Telephone: (212) 937-7518
Facsimile: (202) 230-8888
jamie.dycus@wilmerhale.com

*Attorneys for Defendant Bank of America, N.A.*