**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-mail: ltfisher@bursor.com

*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMMAD AL-RAMAHI, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A.,<br><br>Defendant. | Case No. 4:22-cv-03118-HSG<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**<br><br>Hon. Haywood S Gilliam, Jr. |

1  NOTICE IS HEREBY GIVEN that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff
2  Mohammad Al-Ramahi voluntarily dismisses his individual claims in this action without prejudice
3  against Defendant.

4  Dated: July 12, 2022          Respectfully submitted,

5                                **BURSOR & FISHER, P.A**.

6                                By: */s/ L. Timothy Fisher*
7                                     L. Timothy Fisher

8                                L. Timothy Fisher (State Bar No. 191626)
9                                1990 North California Blvd., Suite 940
                                 Walnut Creek, CA 94596
10                               Telephone: (925) 300-4455
                                 Facsimile:  (925) 407-2700
11                               E-mail: ltfisher@bursor.com
                                         jsmith@bursor.com
12
13                               *Attorney for Plaintiff*

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE                                    1
CASE NO. 4:22-cv-03118-HSG